429 A.2d 95

Commonwealth v. Smith, Appellant.

Submitted June 13, 1980. David L. Pollack, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

429 A.2d 96

Commonwealth v. Spann, Appellant.

Submitted March 21, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order of Court affirmed.